**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael D. Eshelman | CHAPTER 7 |
| & | |
| Lori Eshelman | BKY. NO. 17-11036 REF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734