# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael D. Eshelman<br>　　　　Lori Eshelman<br><br>　　　　　　　　　　Debtors<br><br>BANK OF AMERICA, N.A.<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Michael D. Eshelman<br>Lori Eshelman<br>　　　　　　　　　　Debtors<br><br>Lynn E. Feldman Esq.<br>　　　　　　　　　　Trustee | CHAPTER 7<br><br><br><br>NO. 17-11036 REF<br><br><br><br><br>11 U.S.C. Section 362 |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to allow BANK OF AMERICA, N.A., and its successors in title to exercise its rights under state law relating to the 2010 Honda Civic ("Vehicle"), bearing VIN Number  2HGFA1F50AH580459.

**Date: April 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list