United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael D. Eshelman
Lori Eshelman
    Debtors

Case No. 17-11036-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 18, 2017
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb       +Michael D. Eshelman,   Lori Eshelman,   85 Butternut Court,   Reading, PA 19608-9613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
       JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Michael D. Eshelman NO1JTB@juno.com
       JOSEPH T. BAMBRICK, JR.   on behalf of Joint Debtor Lori  Eshelman NO1JTB@juno.com
       LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
       MATTEO SAMUEL WEINER   on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
       THOMAS I. PULEO    on behalf of Creditor   Bank Of America, N.A. tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Michael D. Eshelman<br>Lori Eshelman | | CHAPTER 7 |
| | Debtors | |
| BANK OF AMERICA, N.A. | Movant | NO. 17-11036 REF |
| vs. | | |
| Michael D. Eshelman<br>Lori Eshelman | Debtors | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq. | Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to allow BANK OF AMERICA, N.A., and its successors in title to exercise its rights under state law relating to the 2010 Honda Civic ("Vehicle"), bearing VIN Number 2HGFA1F50AH580459.

**Date: April 18, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list