# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 17-11036-ref** |
| **Michael D. Eshelman** | **Chapter 7** |
| **Lori Eshelman** | **Judge Richard E. Fehling** |
| | ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ ∗ |
| **Debtor(s)** | |
| | |
| **Fifth Third Mortgage Company** | **Date and Time of Hearing** |
| **Movant,** | **Place of Hearing** |
| vs | **June 8, 2017 at 9:30 a.m.** |
| | |
| **Michael D. Eshelman** | **400 Washington Street** |
| **Lori Eshelman** | **Reading, PA, 19601** |
| | |
| **Lynn E. Feldman** | |
| **Respondents.** | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Fifth Third Mortgage Company has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Fifth Third Mortgage Company to foreclose on 85 Butternut Ct, Reading, PA 19608 (First Mortgage).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before May 26, 2017, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    400 Washington Street
    Reading, PA, 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B. Mail a copy to the Creditor's attorney and the below listed:

17-017042_DCA

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Lynn E. Feldman
221 North Cedar Crest Boulevard
Allentown, PA  18104

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on June 8, 2017 at 9:30 a.m. in 400 Washington Street, Reading, PA, 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   May 11, 2017

17-017042_DCA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-11036** |
| **Michael D. Eshelman** : | **Chapter 7** |
| **Lori Eshelman** : | **Judge Richard E. Fehling** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Fifth Third Mortgage Company** : | **Date and Time of Hearing** |
| Movant, : | **Place of Hearing** |
| : | **June 8, 2017 at 9:30 a.m.** |
| vs : | |
| **Michael D. Eshelman** : | **400 Washington Street** |
| **Lori Eshelman** : | **Reading, PA, 19601** |
| : | |
| **Lynn E. Feldman** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit Fifth Third Mortgage Company to foreclose on 85 Butternut Ct, Reading, PA 19608 (First Mortgage) was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Lynn E. Feldman, Chapter 7 Trustee, 221 North Cedar Crest Boulevard, Allentown, PA 18104

Joseph T. Bambrick Jr., Attorney for Michael D. Eshelman and Lori Eshelman, 529 Reading Avenue, Suite K, West Reading, PA 19611, NO1JTB@juno.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 11, 2017:

Michael D. Eshelman and Lori Eshelman, 85 Butternut Court, Reading, PA 19608

17-017042_DCA

Michael D. Eshelman and Lori Eshelman, 85 Butternut Ct, Reading, PA 19608

DATE: __May 11, 2017__

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-017042_DCA