Certificate Number: 03621-PAE-DE-029229254

Bankruptcy Case Number: 17-11036



03621-PAE-DE-029229254

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 10, 2017</u>, at <u>3:04</u> o'clock <u>PM EDT</u>, <u>Michael D Eshelman</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 10, 2017</u>

By: <u>/s/Wafaa Elmaaroufi</u>

Name: <u>Wafaa Elmaaroufi</u>

Title: <u>Credit Counselor</u>