Certificate Number: 03621-PAE-DE-029229256

Bankruptcy Case Number: 17-11036



03621-PAE-DE-029229256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2017, at 3:04 o'clock PM EDT, Lori L ESHELMAN completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 10, 2017

By: /s/Wafaa Elmaaroufi

Name: Wafaa Elmaaroufi

Title: Credit Counselor