```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 17-11036-ref
Michael D. Eshelman                                              Chapter 7
Lori Eshelman
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: admin                 Page 1 of 2          Date Rcvd: Jun 02, 2017
                              Form ID: 318                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db/jdb        +Michael D. Eshelman,    Lori Eshelman,   85 Butternut Court,    Reading, PA 19608-9613
smg           +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
13885575      +Bank Of America, N.A.,    KML Law Group, P.C.,   701 Market Street,Suite 5000,
                Philadelphia, PA 19106-1541
13866745      +Chase Slate,   P.O. Box 1423,    Albemarle, NC 28002-1423
13866746      +Citi,   P.O. Box 9001037,    Louisville, KY 40290-1037
13866747      +Diagnostic Health Reading,    1025 Berkshire Blvd.,   Reading, PA 19610-1284
13866748       Fifth Third Bank,   P.O. Box 630412,    Cincinnati, OH 45263-0413
13916857      +Fifth Third Mortgage Company,    Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
13866751      +Quest Diagnostics,    P.O. Box 740775,   Cincinnati, OH 45274-0775
13866752      +Reading Health System,    P.O. Box 70894,   Philadelphia, PA 19176-5894

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLEFELDMAN.COM Jun 03 2017 00:53:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           +E-mail/Text: robertsl2@dnb.com Jun 03 2017 00:53:05     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2017 00:52:37
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2017 00:53:10     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13866743       EDI: BANKAMER.COM Jun 03 2017 00:53:00     Bank of America,   P.O. Box 15019,
                Wilmington, DE 19886
13866742      +EDI: BANKAMER.COM Jun 03 2017 00:53:00     Bank of America,   P.O. Box 45224,
                Jacksonville, FL 32232-5224
13866744      +EDI: CAPITALONE.COM Jun 03 2017 00:53:00     Capital One,   P.O. Box 71083,
                Charlotte, NC 28272-1083
13866749      +EDI: RMSC.COM Jun 03 2017 00:53:00     Lowe's/Synchrony Bank,   P.O. Box 530914,
                Atlanta, GA 30353-0914
13866750      +E-mail/Text: rlambert@mscb-inc.com Jun 03 2017 00:52:30     MSCB INC,
                1410 Industrial Park Blvd.,    Paris, TN 38242-6099
13866754      +EDI: USBANKARS.COM Jun 03 2017 00:53:00     Tompkins,   P.O. Box 790408,
                Saint Louis, MO 63179-0408
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13866753       St. Joe's Medical Center
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
         JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Michael D. Eshelman NO1JTB@juno.com
         JOSEPH T. BAMBRICK, JR.   on behalf of Joint Debtor Lori  Eshelman NO1JTB@juno.com
         KARINA  VELTER   on behalf of Creditor   Fifth Third Mortgage Company amps@manleydeas.com
         LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
```

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jun 02, 2017
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      MATTEO SAMUEL WEINER    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
      THOMAS I. PULEO   on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                      TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael D. Eshelman** | Social Security number or ITIN **xxx–xx–3002** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lori Eshelman** | Social Security number or ITIN **xxx–xx–7475** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **17–11036–ref**

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael D. Eshelman                    Lori Eshelman

6/1/17                                **By the court:**  Richard E. Fehling
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**